**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 13-7936**

———————

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

  v.

MARIO SALAS,

    Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  James R. Spencer, District Judge.  (3:98-cr-00166-JRS-1)

———————

Submitted:  March 25, 2014   Decided:  March 28, 2014

———————

Before GREGORY, KEENAN, and WYNN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Mario Salas, Appellant Pro Se.  Brian R. Hood, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mario Salas appeals the district court's order denying his Fed. R. Crim. P. 36 motion to correct a clerical error in his criminal judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Salas, No. 3:98-cr-00166-JRS-1 (E.D. Va. Oct. 11, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED